# SEARS HOLDINGS

Help  Logoff  Home

**My Personal Information**

Name/Address | Emergency Contact | Associate Discount | My Pay | Direct Deposit
W-4 Federal Withholding | PIN

**YARRIS JR, RICHARD P**  41023558494                Fri Mar 04 23:01:43 EST 2011

If you need a reprint of a paycheck not available here please contact the Associate Service Center at 1-888-88sears.

Select Check Date    2011-02-28  2,439.16

**$2,439.16 was deposited in checking account # XXXXXX2352**

### EARNINGS AND DEDUCTIONS SUMMARY

| Description | Current Period | Y-T-D |
|---|---|---|
| Gross Earnings | $2,916.67 | $7,424.25 |
| Net Earnings | $2,439.16 | $6,326.92 |
| Before and After Tax Deductions | $.00 | $.00 |
| Taxes | $477.51 | $1,097.33 |

### UNUSED OR UNPAID VACATION HOURS

| | |
|---|---|
| Vacation As of | 03/04/2011 |
| Earned | .00 |
| Taken | .00 |
| Bank | .00 |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Employee ID | 41023558494 |
| Department | 0112480301 |
| Location | 01124 |

### TAX DATA

| Description | Federal | State |
|---|---|---|
| State | | NY |
| Marital Status | M | M |
| Allowances | 7 | 7 |
| Addl. Pct | 0.000 | 0.000 |
| Addl. Amt | .00 | .00 |

**$2,439.16 was deposited in checking account # XXXXXX2352**

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH OR MANAGER FOR QUESTIONS. SHC CODE OF CONDUCT IS AVAILABLE AT THE GREAT TO KNOW - SEARSHOLDINGS.COM/DIVERN/CODDUCT

Detail

https://hr.searshc.com/aos/mypay.do                                    3/4/2011

# SEARS HOLDINGS



Help    Logoff    Home

**My Personal Information**

● Name/Address  ● Emergency Contact  ● Associate Discount  ● My Pay  ● Direct Deposit
● W-4 Federal Withholding  ● PIN

**YARRIS JR, RICHARD P**  41023558494                          Fri Mar 04 23:05:19 EST 2011

If you need a reprint of a pay check not available here please contact the Associate Service Center at 1-888-88sears.

Select Check Date     2011-02-15  2,439.16

**$2,439.16 was deposited in checking account # XXXXXX2352**

### EARNINGS AND DEDUCTIONS SUMMARY

| Description | Current Period | Y-T-D |
|---|---|---|
| Gross Earnings | $2,916.67 | $4,507.58 |
| Net Earnings | $2,439.16 | $3,887.76 |
| Before and After Tax Deductions | $.00 | $.00 |
| Taxes | $477.51 | $619.82 |

### PAID AND UNPAID VACATION HOURS

| | |
|---|---|
| Vacation As of | 03/04/2011 |
| Earned | .00 |
| Taken | .00 |
| Bank | .00 |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Employee ID | 41023558494 |
| Department | 0112480301 |
| Location | 01124 |

### TAX DATA

| Description | Federal | State |
|---|---|---|
| State | | NY |
| Marital Status | M | M |
| Allowances | 7 | 7 |
| Addl. Pct | 0.000 | 0.000 |
| Addl. Amt | .00 | .00 |

**$2,439.16 was deposited in checking account # XXXXXX2352**

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR MANAGER FOR QUESTIONS. SHC CODE OF CONDUCT IS UPDATED. ASK HR OR GO TO WWW.SEARSHOLDINGS.COM/GOVERN/CODE.HTM

[ Detail ]

Paperless Pay | My Other Sites | My Other Solutions    (Hide Screen)    KELLY J YARRIS | My Account | Log Out

**STERLING JEWELERS Inc.**

Alerts and Settings | Help | **March 03, 2011**

Main Menu    PayStubs    More

PayStubs

Pay History    **PayStub Details**    PayStub Comparison

Print

< Previous PayStub    02/25/2011 - ACH    Next PayStub >

Sterling Jewelers Inc.  
375 Ghent Road  
Akron, OHIO 44333

KELLY J YARRIS  
324 DECATUR AVE  
EAST YAPHANK, NY 11967

| | |
|---|---|
| User ID | ***-**-**** |
| Employee ID | 197125 |
| Department | 02155 |
| Base Pay Rate | $11.35 |

| | |
|---|---|
| Pay Advice # | 07744040 |
| Period Begin Date | 02/06/2011 |
| Period End Date | 02/19/2011 |
| Pay Frequency | Bi-weekly |

Expand All    Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Married | 5 | | Loc 1: |
| Primary State | NY | Married | 5 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| ESP Incentive | | | 80.11 | 371.18 |
| Monthly Incentive Premium Overtime | | | 0.91 | 113.12 |
| Holiday | | | 0.00 | 0.00 |
| Overtime | 17.03 | 3.95 | 67.25 | 108.97 |
| Sales Incentive | | | 426.95 | 2,037.87 |
| Regular | 11.35 | 80.00 | 908.00 | 3,137.94 |
| UWP Incentive | | | 1.33 | 20.83 |
| **Total Earnings :** | | | **$1,484.55** | **$5,789.91** |

| Pre-Tax Deduction | | | This Period | YTD |
|---|---|---|---|---|
| Aetna Medical | | | 43.39 | 173.56 |
| Delta Dental | | | 3.35 | 13.40 |
| **Total Pre-Tax :** | | | **$46.74** | **$186.96** |

| Taxes | | | This Period | YTD |
|---|---|---|---|---|
| Social Security | | | 60.38 | 235.32 |
| Federal | | | 42.24 | 229.16 |
| New York State | | | 50.35 | 201.65 |
| New York Disability | | | 1.20 | 4.80 |
| Medicare | | | 20.85 | 81.24 |
| **Total Taxes :** | | | **$175.02** | **$752.17** |

| After-Tax Deduction | | | This Period | YTD |
|---|---|---|---|---|
| **Total After-Tax :** | | | **$0.00** | **$0.00** |

| Net Pay | | | This Period | YTD |
|---|---|---|---|---|
| **Total Net Pay :** | | | **$1,262.79** | **$4,850.78** |

**Leave Balance Summary**

| Leave Type | Prior Plan Year Balance | Current Plan Year Balance | Total Available Vacation |
|---|---|---|---|
| PTO | 0.00 | 40.00 | 40.00 |
| VAC | 0.00 | 0.00 | 0.00 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Equals Net Pay |
|---|---|---|---|---|---|
| This Period | $1,484.55 | $46.74 | $1,437.81 | $175.02 | $1,262.79 |
| YTD | $5,789.91 | $186.96 | $5,602.95 | $752.17 | $4,850.78 |

**Pay Distribution List**



| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $1,262.79 | <...2121> | Citibank, N.A. |

< Previous PayStub        Next PayStub >

Copyright © 2010 TALX Corporation. All rights reserved.

( Hide Screen )

Privacy Policy | Terms and Conditions

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $1,262.79 | <...2121> | Citibank, N.A. |

< Previous PayStub        Next PayStub >

Paperless Pay | My Other Sites   My Other Solutions    (Hide Screen)    KELLY J YARRIS | My Account | Log Out

**STERLING JEWELERS** Inc.

Alerts and Settings | Help | **March 03, 2011**

Main Menu     PayStubs     More

PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

< Previous PayStub        02/11/2011 - ACH             Next PayStub >

Sterling Jewelers Inc.                KELLY J YARRIS
375 Ghent Road                        324 DECATUR AVE
Akron, OHIO 44333                     EAST YAPHANK, NY 11967

User ID           ***-**-****         Pay Advice #       07728365
Employee ID       197125              Period Begin Date  01/23/2011
Department        02155               Period End Date    02/05/2011
Base Pay Rate     $11.35              Pay Frequency      Bi-weekly

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Married | 5 | | Loc 1: |
| Primary State | NY | Married | 5 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

**Messages**

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| ESP Incentive | | | 0.00 | 291.07 |
| Monthly Incentive Premium Overtime | | | 0.00 | 112.21 |
| Holiday | | | 0.00 | 0.00 |
| Overtime | 17.03 | 1.89 | 32.18 | 41.72 |
| Sales Incentive | | | 0.00 | 1,610.92 |
| Regular | 11.35 | 80.00 | 908.00 | 2,229.94 |
| UWP Incentive | | | 0.00 | 19.50 |
| **Total Earnings :** | | | **$940.18** | **$4,305.36** |

| Pre-Tax Deduction | This Period | YTD |
|---|---|---|
| Aetna Medical | 43.39 | 130.17 |
| Delta Dental | 3.35 | 10.05 |
| **Total Pre-Tax :** | **$46.74** | **$140.22** |

| Taxes | This Period | YTD |
|---|---|---|
| Social Security | 37.53 | 174.94 |
| Federal | 0.00 | 186.92 |
| New York State | 17.07 | 151.30 |
| New York Disability | 1.20 | 3.60 |
| Medicare | 12.95 | 60.39 |
| **Total Taxes :** | **$68.75** | **$577.15** |

| After-Tax Deduction | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$824.69** | **$3,587.99** |

**Leave Balance Summary**

| Leave Type | Prior Plan Year Balance | Current Plan Year Balance | Total Available Vacation |
|---|---|---|---|
| PTO | 0.00 | 40.00 | 40.00 |
| VAC | 0.00 | 0.00 | 0.00 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Equals Net Pay |
|---|---|---|---|---|---|
| This Period | $940.18 | $46.74 | $893.44 | $68.75 | $824.69 |
| YTD | $4,305.36 | $140.22 | $4,165.14 | $577.15 | $3,587.99 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $824.69 | <...2121> | Citibank, N.A. |

< Previous PayStub    Next PayStub >

Copyright © 2010 TALX Corporation. All rights reserved.

Hide Screen

Privacy Policy   |   Terms and Conditions

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $824.69 | <...2121> | Citibank, N.A. |

< Previous PayStub    Next PayStub >

Paperless Pay | My Other Sites | My Other Solutions          (Hide Screen)                KELLY J YARRIS | My Account | Log Out

# STERLING JEWELERS

Alerts and Settings | Help | **March 03, 2011**

Main Menu        PayStubs        More

Pay History  **PayStub Details**  PayStub Comparison

Print

< Previous PayStub                       01/28/2011 - ACH                                          Next PayStub >

Sterling Jewelers Inc.                          KELLY J YARRIS
375 Ghent Road                                  324 DECATUR AVE
Akron, OHIO 44333                               EAST YAPHANK, NY 11967

| | | | |
|---|---|---|---|
| User ID | ***-**-**** | Pay Advice # | 07712708 |
| Employee ID | 197125 | Period Begin Date | 01/09/2011 |
| Department | 02155 | Period End Date | 01/22/2011 |
| Base Pay Rate | $11.35 | Pay Frequency | Bi-weekly |

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Married | 5 | | Loc 1: |
| Primary State | NY | Married | 5 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

### Messages

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| ESP Incentive | | | 291.07 | 291.07 |
| Monthly Incentive Premium Overtime | | | 112.21 | 112.21 |
| Holiday | | | 0.00 | 0.00 |
| Overtime | | | 0.00 | 9.54 |
| Sales Incentive | | | 1,610.92 | 1,610.92 |
| Regular | 11.35 | 43.39 | 492.48 | 1,321.94 |
| UWP Incentive | | | 19.50 | 19.50 |
| **Total Earnings :** | | | **$2,526.18** | **$3,365.18** |

| Pre-Tax Deduction | This Period | YTD |
|---|---|---|
| Aetna Medical | 43.39 | 86.78 |
| Delta Dental | 3.35 | 6.70 |
| **Total Pre-Tax :** | **$46.74** | **$93.48** |

| Taxes | This Period | YTD |
|---|---|---|
| Social Security | 104.14 | 137.41 |
| Federal | 186.92 | 186.92 |
| New York State | 121.71 | 134.23 |
| New York Disability | 1.20 | 2.40 |
| Medicare | 35.95 | 47.44 |
| **Total Taxes :** | **$449.92** | **$508.40** |

| After-Tax Deduction | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$2,029.52** | **$2,763.30** |

### Leave Balance Summary

| Leave Type | Prior Plan Year Balance | Current Plan Year Balance | Total Available Vacation |
|---|---|---|---|
| PTO | 0.00 | 0.00 | 0.00 |
| VAC | 0.00 | 0.00 | 0.00 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Equals Net Pay |
|---|---|---|---|---|---|
| This Period | $2,526.18 | $46.74 | $2,479.44 | $449.92 | $2,029.52 |
| YTD | $3,365.18 | $93.48 | $3,271.70 | $508.40 | $2,763.30 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $2,029.52 | <...2121> | Citibank, N.A. |

< Previous PayStub                                                                 Next PayStub >

Copyright © 2010 TALX Corporation. All rights reserved.

Hide Screen

Privacy Policy  |  Terms and Conditions

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $2,029.52 | <...2121> | Citibank, N.A. |

< Previous PayStub                                                                 Next PayStub >

Paperless Pay | My Other Sites   My Other Solutions    (Hide Screen)    KELLY J YARRIS | My Account | Log Out

Alerts and Settings | Help | **March 03, 2011**

Main Menu      PayStubs     More

# STERLING JEWELERS

## PayStubs

Pay History  **PayStub Details**  PayStub Comparison

Print

< Previous PayStub     | 01/14/2011 - ACH |     Next PayStub >

Sterling Jewelers Inc.
375 Ghent Road
Akron, OHIO 44333

KELLY J YARRIS
324 DECATUR AVE
EAST YAPHANK, NY 11967

| | |
|---|---|
| User ID | ***-**-**** |
| Employee ID | 197125 |
| Department | 02155 |
| Base Pay Rate | $11.35 |

| | |
|---|---|
| Pay Advice # | 07695971 |
| Period Begin Date | 12/26/2010 |
| Period End Date | 01/08/2011 |
| Pay Frequency | Bi-weekly |

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Married | 5 | | Loc 1: |
| Primary State | NY | Married | 5 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

### Messages

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Holiday | | | 0.00 | 0.00 |
| Overtime | 17.04 | 0.56 | 9.54 | 9.54 |
| Regular | 11.35 | 73.08 | 829.46 | 829.46 |
| **Total Earnings :** | | | **$839.00** | **$839.00** |

| Pre-Tax Deduction | This Period | YTD |
|---|---|---|
| Aetna Medical | 43.39 | 43.39 |
| Delta Dental | 3.35 | 3.35 |
| **Total Pre-Tax :** | **$46.74** | **$46.74** |

| Taxes | This Period | YTD |
|---|---|---|
| Social Security | 33.27 | 33.27 |
| Federal | 0.00 | 0.00 |
| New York State | 12.52 | 12.52 |
| New York Disability | 1.20 | 1.20 |
| Medicare | 11.49 | 11.49 |
| **Total Taxes :** | **$58.48** | **$58.48** |

| After-Tax Deduction | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | **$0.00** | **$0.00** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$733.78** | **$733.78** |

### Leave Balance Summary

| Leave Type | Prior Plan Year Balance | Current Plan Year Balance | Total Available Vacation |
|---|---|---|---|
| PTO | 0.00 | 0.00 | 0.00 |
| VAC | 0.00 | 0.00 | 0.00 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Equals Net Pay |
|---|---|---|---|---|---|
| This Period | $839.00 | $46.74 | $792.26 | $58.48 | $733.78 |
| YTD | $839.00 | $46.74 | $792.26 | $58.48 | $733.78 |

### Pay Distribution List

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account <...2121> | Checking or Money Market | $733.78 | <...2121> | Citibank, N.A. |

< Previous PayStub     Next PayStub >

Copyright © 2010 TALX Corporation. All rights reserved.

Hide Screen

Privacy Policy | Terms and Conditions

Copyright © 2010 TALX Corporation. All rights reserved.

Hide Screen

Privacy Policy | Terms and Conditions